FILED

2020 NOV 16 AM 11:32

US DISTRICT
LE DISTRICT
SONVILLE F

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

HORACE CUMMINGS,

3:20-CV-1298-J-32MCR

-Plaintiff,

v.

CHAPLIN THOMAS, and SHERIFF M. WILLIAMS

-Defendant(s).

_____/

## NOTICE OF INTENT TO SUE

1. HORACE CUMMINGS, claimant, who resides atPTDF,500 East Adams Street,Jacksonville,FL, notifies you, pursuant to §766.106(2), Fla. Stat., of Plaintiff's intent to initiate litigation against you for:Denied KOSHER MEALS. The claim for not letting CHRISTIANS on KOSHER MEALS following facts and circumstances:
2. On 11/03/2019, CUMMINGS arrived here at PTD from DOC and told medical staff at intake that he was a kosher meal.
3. DEFENDANT CUMMINGS put several request to the chaplain about being put on the kosher diet.
4. CHAPLAIN THOMAS DENIED the request stating that you have to be a Jew to be on the kosher meal at PTD.
5. THE CHAPLAIN department is in violation of the federal law which states that if a defendant proves his "SINCERERLY" THE DEFENDANT must be put on the KOSHER DIET in accordance with the federal case FREEMAN V. SAMPLE 2020 WL 239402 C.A.II(G.A.) 2020.

6. THE CHAPLAIN DEPARTMENT never called my prior prison to check that I've been on the kosher meal for 6 years and bought the approval slips with me.
7. THE CLAPLAIN DEPARTMENT is in violation and the case cited above will prove that the defendant intends to sue.

Dated: NOVEMBER 12, 2020


Respectfully submitted,

/s/<u>HORACE B. CUMMINGS</u>

    HORACE B.CUMMINGS

    2019029581

    500 E. Adams St.

    Jax FL 32202

## Certificate of Service

I HEREBY CERTIFY that I Provided a true and correct copy of the foregoing in to the hands of a jail official for mailing To: Sheriff M. Williams Jacksonville Sheriff's Office, 501 E. Bay Street, Jacksonville, FL 32202, on this 12th day of November, 2020

Respectfully submitted

/s/ H— B. C—

Horace B. Cummings
#2019029581-4E3-58
Duval Pre Trial Detention Facility
500 East Adams Street
Jacksonville, Florida 32202